# UNITED STATES DISTRICT COURT
## District of Kansas
(Kansas City Docket)

**UNITED STATES OF AMERICA,**

      Plaintiff,

      v.                            CASE NO. 2:25-cr-20081-HLT-TJJ

**CESAR FLORES MARTINEZ,**

      Defendant.

# INDICTMENT

**THE GRAND JURY CHARGES**:

## COUNT 1

**REENTRY AFTER DEPORTATION**
**[8 U.S.C. § 1326(a)]**

On or about September 24, 2025, in the District of Kansas, the defendant,

**CESAR FLORES MARTINEZ,**

a person who is not a citizen or national of the United States, was found in the United States after having been deported, removed, and excluded therefrom on or about May 26, 2021, through San Antonio, Texas, via ICE Air, and not having obtained the express consent of either the Attorney General or the Secretary of Homeland Security to reapply

1

for admission into the United States.

In violation of Title 8 United States Code, Section 1326(a).

A TRUE BILL.

October 15, 2025            s/Foreperson
DATE                         FOREPERSON OF THE GRAND JURY

RYAN A. KRIEGSHAUSER
UNITED STATES ATTORNEY

By: /s/ Jabari B. Wamble
JABARI B. WAMBLE
Assistant United States Attorney
District of Kansas
500 State Avenue, Suite 360
Kansas City, Kansas  66101
Ph: (913) 551-6730
Fax: (913) 551-6541
Email: jabari.wamble@usdoj.gov
Ks. S. Ct. No. 22730

IT IS REQUESTED THAT THE TRIAL BE HELD IN KANSAS CITY, KANSAS

# **PENALTIES**

## **Count 1: Illegal Re-Entry, 8 U.S.C. § 1326(a)**

- Punishable by a term of imprisonment of not more than two (2) years. 8 U.S.C. § 1326(a)(1).

- A term of supervised release of not more than one (1) year. 18 U.S.C. § 3583(b)(3).

- A fine not to exceed $250,000. 18 U.S.C. § 3571(b)(3).

- A mandatory special assessment of $100.00. 18 U.S.C. § 3013(a)(2)(A).

If committed after a felony conviction, or after three or more misdemeanor convictions involving drugs or crimes against persons, then:

- Punishable by a term of imprisonment of not more than ten (10) years. 8 U.S.C. § 1326(b)(1).

- A term of supervised release of not more than three (3) years. 18 U.S.C. § 3583(b)(2).

- A fine not to exceed $250,000. 18 U.S.C. § 3571(b)(3).

- A mandatory special assessment of $100.00. 18 U.S.C. § 3013(a)(2)(A).